**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SUSAN FLORENCE COMISH,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:25-cv-07049<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Keri L. Holleb-Hotaling |

**PLAINTIFF'S MOTION TO REINSTATE CIVIL ACTION NO. 1:25-cv-07049**

Plaintiff, Susan Florence Comish ("Plaintiff"), respectfully moves the Court to reinstate this action for the limited purpose of entering the agreed Consent Judgment against Defendant Nos. 104 poste two et al.[1] (the "Defendants"), who settled Plaintiff's claims but failed to pay the settlement amount to which they agreed.

Plaintiff and the Defendants executed a settlement agreement resolving Plaintiff's claims against them and promptly notified the Court. [67]. The Court subsequently dismissed the case without prejudice with leave to reinstate by August 19, 2026. [69]. Defendants agreed to pay the settlement amount by July 18, 2026. Defendants did not provide notice that additional time was needed and did not request an extension of that deadline.

[1] The "Settling Defendants" are Defendant Nos. 104 poste two, 107 WangJ Wall Art, 108 Mei Bing poster, 110 Nebula Brushworks, 111 Beautiful life in dream, 113 Creative decorative paintings, 114 Canvas Reverie, 115 Thebester, 116 Original poster design, 117 GX ART, 118 KONICKO, 119 Life is so wonderful, 121 AllenLart, 126 Three posters, 127 ENERGIES, 130 Artful Decor Vision, 132 Xiao Hang Art Poster, 133 Yolandy, 134 Zooyie, 135 FARFRE ART, 141 QUIETLYY, 150 LYY Art, 151 LIYI WALL ART, 153 Romantic Master, 155 MambaWallart, 156 YFFS Art Painting, 157 CJ baixi, 158 Miller Decorative Painting, 160 DM Art Shop, 161 TRUTH ART SHOP, 163 Byota, 164 Duo Pai Art Gallery, 165 RZ ART SHOP, 166 FREE ART SHOP, 175 Lucky Canvas Art, 181 BJHG Mall, 182 Doll Decoration Painting, 184 super oil painting, and 187 Majestic poster.

Consistent with the Parties' agreement, and with Defendants' consent, Plaintiff concurrently files herewith a motion for entry of the proposed Consent Judgment, which awards the Settlement Amount, enters the agreed permanent injunction, and preserves Plaintiff's right to reasonable attorneys' fees and costs incurred in enforcing the judgment. This motion is agreed; Defendants consent to entry of the proposed Consent Judgment and do not oppose the relief requested. Reinstatement is therefore warranted so that the Court may enter the agreed Consent Judgment to which the Defendants already consented. Once the Consent Judgment is entered, no defendants will remain, and this action may again be closed.

WHEREFORE, Plaintiff respectfully requests that the Court reinstate this action as to the Defendants for the limited purpose of entering the agreed Consent Judgment attached to Plaintiff's concurrently filed Agreed Motion for Entry of Consent Judgment.

DATED: August 18, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 18, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt