**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SUSAN FLORENCE COMISH,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:25-cv-07049<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Keri L. Holleb-Hotaling |

**AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff, Susan Florence Comish ("Plaintiff"), with the agreement and consent of Defendant Nos. 104 poste two et al.[1] (collectively, the "Defendants"), respectfully moves the Court, pursuant to the Parties' settlement agreement, for entry of the proposed Consent Judgment attached hereto as Exhibit A. In support, Plaintiff states as follows:

The Parties executed a settlement agreement resolving all claims in this action. Under that agreement, Defendants agreed to pay Plaintiff twenty-nine thousand two hundred fifty dollars ($29,250) (the "Settlement Amount") by July 18, 2026. Defendants did not provide notice that additional time was needed and did not request an extension of that deadline.

Defendants did not remit the Settlement Amount within the time required, and the Settlement Amount remains unpaid. Consistent with the Parties' agreement, and with Defendants'

[1] "Defendants" include Defendant Nos. 104 poste two, 107 WangJ Wall Art, 108 Mei Bing poster, 110 Nebula Brushworks, 111 Beautiful life in dream, 113 Creative decorative paintings, 114 Canvas Reverie, 115 Thebester, 116 Original poster design, 117 GX ART, 118 KONICKO, 119 Life is so wonderful, 121 AllenLart, 126 Three posters, 127 ENERGIES, 130 Artful Decor Vision, 132 Xiao Hang Art Poster, 133 Yolandy, 134 Zooyie, 135 FARFRE ART, 141 QUIETLYY, 150 LYY Art, 151 LIYI WALL ART, 153 Romantic Master, 155 MambaWallart, 156 YFFS Art Painting, 157 CJ baixi, 158 Miller Decorative Painting, 160 DM Art Shop, 161 TRUTH ART SHOP, 163 Byota, 164 Duo Pai Art Gallery, 165 RZ ART SHOP, 166 FREE ART SHOP, 175 Lucky Canvas Art, 181 BJHG Mall, 182 Doll Decoration Painting, 184 super oil painting, and 187 Majestic poster.

consent, Plaintiff moves for entry of the proposed Consent Judgment attached hereto as Exhibit A, which awards the Settlement Amount, enters the agreed permanent injunction, and preserves Plaintiff's right to reasonable attorneys' fees and costs incurred in enforcing the judgment. This motion is agreed; Defendants consent to entry of the proposed Consent Judgment and do not oppose the relief requested.

Accordingly, the Parties respectfully request that the Court enter the proposed Consent Judgment attached hereto as Exhibit A against Defendants.

DATED: August 18, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*

Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 18, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SUSAN FLORENCE COMISH,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-07049

Judge Jorge L. Alonso

Magistrate Judge Keri L. Holleb-Hotaling

**CONSENT JUDGMENT**

This action having been commenced by Plaintiff SUSAN FLORENCE COMISH ("Plaintiff") against the following Defendants ("Defendants") (collectively, the "Parties") identified on Schedule A to the Complaint, Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint:

| No. | Defendant Name | Account ID |
|---|---|---|
| 104 | poste two | 634418219477045 |
| 107 | WangJ Wall Art | 634418218213754 |
| 108 | Mei Bing poster | 634418218917306 |
| 110 | Nebula Brushworks | 634418218863050 |
| 111 | Beautiful life in dream | 634418217947589 |
| 113 | Creative decorative paintings | 634418218436645 |
| 114 | Canvas Reverie | 634418219594138 |
| 115 | Thebester | 634418216912792 |
| 116 | Original poster design | 634418220078404 |
| 117 | GX ART | 634418219080423 |
| 118 | KONICKO | 634418218423144 |
| 119 | Life is so wonderful | 634418217946131 |
| 121 | AllenLart | 634418216073701 |
| 126 | Three posters | 634418219618432 |

| | | |
|---|---|---|
| 127 | ENERGIES | 634418218261760 |
| 130 | Artful Decor Vision | 634418219329799 |
| 132 | Xiao Hang Art Poster | 634418219500132 |
| 133 | Yolandy | 634418219352244 |
| 134 | Zooyie | 634418216259536 |
| 135 | FARFRE ART | 634418216814549 |
| 141 | QUIETLYY | 634418219408349 |
| 150 | LYY Art | 634418218714619 |
| 151 | LIYI WALL ART | 634418219386831 |
| 153 | Romantic Master | 634418218873650 |
| 155 | MambaWallart | 634418218650020 |
| 156 | YFFS Art Painting | 634418219400399 |
| 157 | CJ baixi | 634418219073803 |
| 158 | Miller Decorative Painting | 634418219207892 |
| 160 | DM Art Shop | 634418219722127 |
| 161 | TRUTH ART SHOP | 634418218750075 |
| 163 | Byota | 634418218939979 |
| 164 | Duo Pai Art Gallery | 634418219206738 |
| 165 | RZ ART SHOP | 634418218519632 |
| 166 | FREE ART SHOP | 634418219078847 |
| 175 | Lucky Canvas Art | 634418218209270 |
| 181 | BJHG Mall | 634418216596001 |
| 182 | Doll Decoration Painting | 634418219123357 |
| 184 | super oil painting | 634418219480223 |
| 187 | Majestic poster | 634418218183664 |

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendants since Defendants directly target their business activities towards consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating at least one e-commerce store that targets United States consumers using one or more seller aliases, offering goods for sale and shipping to the United States, including

Illinois, accepting payment in U.S. dollars, and using unauthorized copies of the SUSAN COMISH Works listed in Exhibit 1 to the Complaint in connection with those sales.

THIS COURT FURTHER FINDS that Defendants are liable for copyright infringement (17 U.S.C. §§ 106 and 501, *et seq*.).

IT IS HEREBY ORDERED that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them, be permanently enjoined and restrained from

   a. reproducing, distributing copies of, making derivative works of, or publicly displaying the SUSAN COMISH Works in any manner without the express authorization of Plaintiff;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine SUSAN COMISH product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the SUSAN COMISH Works;

   c. committing any acts calculated to cause consumers to believe that Defendant's Infringing SUSAN COMISH Works are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

   d. further infringing the SUSAN COMISH Works and damaging Plaintiff's goodwill; and

   e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff's, nor authorized by Plaintiff to be sold or offered for sale, or any reproductions, counterfeit copies or

colorable imitations thereof and/or which bear the SUSAN COMISH Works.

2. Pursuant to the Parties' settlement agreement, Defendants shall pay Plaintiff twenty-nine thousand two hundred fifty dollars ($29,250) in damages (the "Damage Amount").

3. Temu LLC ("Temu") is ordered to transfer the Damage Amount from Defendants' accounts to Plaintiff within seven (7) calendar days of receipt of this Order.

4. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment and Permanent Injunction. Plaintiff is authorized to seek to enforce the terms of this Consent Judgment and Permanent Injunction, and shall be entitled to reasonable attorneys' fees and costs incurred for any action to enforce the terms of this Consent Judgment and Permanent Injunction based on the Defendant's failure to comply, in any way, with its obligations set forth herein.

IT IS SO ORDERED.

DATED: _______________, 2026

_________________________________________

Jorge L. Alonso
United States District Judge