**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SUSAN FLORENCE COMISH,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-07049

Judge Jorge L. Alonso

Magistrate Judge Keri L. Holleb-Hotaling

# NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, September 9, 2026, at 9:30 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means before the Honorable Judge Jorge L. Alonso of the U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion to Modify Consent Judgment.

DATED: September 2, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 2, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt